# Court of Appeals
# of the State of Georgia

ATLANTA,  August 19, 2025

*The Court of Appeals hereby passes the following order:*

## A26A0023. SPIVEY v. REDEMPTION TATTOO.

This case was docketed on July 22, 2025, and therefore, the Appellant's initial brief was due on August 11, 2025. Appellant has not filed a brief nor a timely motion for extension to file a brief. See Court of Appeals Rules 16 (b), 23 (a). Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  08/19/2025*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.